IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jimmy Brown, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv113 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| SOCF Administration, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on March 18, 2011 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 1, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED**. The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3D 601 (6th Cir. 1997).

IT IS SO ORDERED.

   s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court